PROB 12C
(6/16)

Report Date: September 24, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Ray Thomas                Case Number: 0980 2:21CR00117-RMP-1

Address of Offender: ███████████████  Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Sidney A. Fitzwater, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 5, 2018

Original Offense:       Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:      Prison - 24 months               Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Earl Allan Hick                  Date Supervision Commenced: October 27, 2020

Defense Attorney:       Federal Defender's Office        Date Supervision Expires: October 26, 2023

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On September 17, 2021, Timothy Thomas allegedly violated the conditions of his supervision by failing to check-in with this officer as instructed.

On October 30, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Thomas, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On September 3, 2021, Mr. Thomas met with this officer at the U.S. Probation Office for his scheduled appointment. At the conclusion of our appointment, he was instructed to check-in with this officer again in 2 weeks, on September 17, 2021.

On September 17, 2021, the offender failed to check-in with the assigned officer as instructed.

Prob12C
**Re: Thomas, Timothy Ray**
**September 24, 2021**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #1**: The defendant must participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. You shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. You shall contribute to the costs of services rendered (copayment) at a rate of at least $25 per month. |

**Supporting Evidence**: On September 17, 2021, Timothy Thomas allegedly violated the conditions of his supervision by submitting a urine sample that tested presumptive positive for methamphetamine and amphetamine.

On October 30, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Thomas, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On September 21, 2021, this officer received notification from Pioneer Human Services (PHS) that the offender reported for phase urinalysis testing on September 17, 2021, when his assigned color was identified for testing. According to PHS, the urine sample provided by the offender tested presumptive positive for methamphetamine and amphetamine, but Mr. Thomas denied the use of any illegal controlled substances. As of the writing of this report, lab confirmation has not yet been received.

On September 21, 2021, the undersigned officer attempted to contact the offender to discuss the information received from PHS and instruct him to report for random urinalysis testing, but was unsuccessful.

3     **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On September 22, 2021, Timothy Thomas allegedly violated the conditions of his supervision by failing to check-in with this officer as instructed.

On October 30, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Thomas, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On September 22, 2021, the assigned officer again attempted to contact the offender, after previous attempts to contact him the day prior were not answered nor responded to. On that date, this officer left Mr. Thomas voice and text messages instructing him to contact this officer by 3 p.m. that date.

On September 22, 2021, the offender failed to check-in with the assigned officer as instructed.

4     **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated

Prob12C
**Re: Thomas, Timothy Ray**
**September 24, 2021**
**Page 3**

circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On September 23, 2021, Timothy Thomas allegedly violated the conditions of his supervision by failing to notify the undersigned officer of a change in his living arrangements.

On October 30, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Thomas, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On September 21, 2021, this officer attempted to conduct an unscheduled home visit at the offender's approved residence, but there was no answer.

On September 23, 2021, the undersigned again attempted to contact Mr. Thomas at his approved residence as attempts to contact the offender over the few days prior had been unsuccessful. Again there was no answer at the front door, but the assigned officer was able to speak with an on-site case manager, who advised that they had not seen Mr. Thomas for approximately 3 or 4 days.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/24/2021

s/Amer M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/24/2021
Date