PROB 12C
(6/16)

Report Date: January 5, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Timothy Ray Thomas | Case Number: 0980 2:21CR00117-RMP-1 |
| Address of Offender: ████████████████ | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Sidney A. Fitzwater, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 5, 2018

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: October 27, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: October 26, 2023 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/24/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On December 10, 2021, Timothy Thomas allegedly violated the conditions of his supervision by being arrested and charged with Possession of a Stolen Vehicle, in violation of Washington RCW 9A.56.068, and Liability for Conduct of Another/Complicity, in violation of RCW 9A.08.020.<br><br>On October 30, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Thomas, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On December 10, 2021, Timothy Thomas was located and arrested in Pend Oreille County, Washington. According to the information received from the arresting deputy, the offender was driving a vehicle that had been reported stolen out of Spokane County.<br><br>Mr. Thomas was subsequently arrested and charged with possession of a stolen vehicle and liability for conduct of another/complicity. Currently, the offender remains incarcerated in Pend Oreille County Jail with six new charges pending against him. As of the writing of this report, those charges have not yet been adjudicated. |

Prob12C
Re: Thomas, Timothy Ray
January 5, 2022
Page 2

| | |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On December 10, 2021, Timothy Thomas allegedly violated the conditions of his supervision by being arrested and charged with Making a False Statement to a Public Servant, in violation of Washington RCW 9A.76.175.

On October 30, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Thomas, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On December 10, 2021, Timothy Thomas was located and arrested in Pend Oreille County. According to the information received from the arresting deputy, when officers asked the offender for his personal information to properly identify him, Mr. Thomas claimed his name was "Ieothy P. Samoth."

Mr. Thomas was subsequently arrested and charged with making a false statement to a public servant. Currently, the offender remains incarcerated in Pend Oreille County Jail with six new charges pending against him. As of the writing of this report, those charges have not yet been adjudicated.

| | |
|---|---|
| 7 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On December 10, 2021, Timothy Thomas allegedly violated the conditions of his supervision by being arrested and charged with two counts of Third Degree Assault on a Law Enforcement Officer, in violation of Washington RCW 9A.36.031(1)(g).

On October 30, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Thomas, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On December 10, 2021, Timothy Thomas was located and arrested in Pend Oreille County. According to the information received from the arresting deputy, when officers attempted to take the offender into custody, he punched one of the deputies three times in the face and kicked another deputy in the leg.

Mr. Thomas was subsequently arrested and charged with two counts of third degree assault on a law enforcement officer. Currently, the offender remains incarcerated in Pend Oreille County Jail with six new charges pending against him. As of the writing of this report, those charges have not yet been adjudicated.

| | |
|---|---|
| 8 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On December 10, 2021, Timothy Thomas allegedly violated the conditions of his supervision by being arrested and charged with Resisting Arrest, in violation of Washington RCW 9A.76.040.

On October 30, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Thomas, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On December 10, 2021, Timothy Thomas was located and arrested in Pend Oreille County. According to the information received from the arresting deputy, when officers attempted to take Mr. Thomas into custody, he resisted arrest and assaulted two deputies in the process.

Mr. Thomas was subsequently arrested and charged with resisting arrest. Currently, the offender remains incarcerated in Pend Oreille County Jail with six new charges pending against him. As of the writing of this report, those charges have not yet been adjudicated.

9 **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On December 10, 2021, Timothy Thomas was arrested and charged with Failure to Register as a Sex Offender, in violation of Washington RCW 9A.44.132 (1)(a)(ii). It is alleged that the offender violated the conditions of his supervision by failing to register as a sex offender in Pend Oreille County, where he was residing at the time of his recent arrest.

On October 30, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Thomas, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On September 24, 2021, the Court issued a warrant for the offender's arrest after he absconded from supervision. Since that date, Mr. Thomas has made no attempt to contact this officer or the U.S. Probation Office, and his whereabouts have been unknown.

On December 10, 2021, Timothy Thomas was located and arrested in Pend Oreille County. According to the information received from the arresting deputy, the offender told deputies that he had been living in that area for 3 to 5 months. Because the offender is a convicted sex offender and required to register with local law enforcement, which he failed to do, Mr. Thomas was subsequently charged with failure to register as a sex offender.

Currently, the offender remains incarcerated in Pend Oreille County Jail with six new charges pending against him. As of the writing of this report, those charges have not yet been adjudicated.

10 **Special Condition #3**: Pursuant to the Sex Offender Registration and Notification Act (SORNA) (42 U.S.C. § 16901, et seq.), the defendant must register, and keep the registration current, with state and local law enforcement, as directed by the probation officer, in each jurisdiction where the defendant resides, is employed, or is a student. The defendant shall, no later than 3 business days after each changes of name, residence, employment, or student status, appear in person in at least one of the jurisdictions and inform that jurisdiction of all changes in the information required in the sex offender registry. The defendant shall also initially register in the jurisdiction in which the defendant was convicted if such jurisdiction is different from the jurisdiction of residence. Initial registration shall occur before completion of the sentence of imprisonment with respect to the offense giving rise to the registration requirement. The defendant shall provide to the appropriate official all information required in accordance with SORNA guidelines and additional state-specific regulations for inclusion in the sex offender registry. The defendant shall provide written verification of registration to the probation officer within 3 business days following registration. This registration shall be renewed as required by the defendant's assigned tier.

**Supporting Evidence**: On December 10, 2021, Timothy Thomas allegedly violated the conditions of his supervision by failing to update his sex offender registration with the Spokane County Sheriff's Office (SCSO), where he was approved to reside.

Prob12C
Re: Thomas, Timothy Ray
January 5, 2022
Page 4

On October 30, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Thomas, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On September 23, 2021, this officer attempted to make contact with the offender at his approved residence to conduct an unscheduled home visit, but was unsuccessful. The undersigned then spoke with the on-site case manager who advised they had not seen Mr. Thomas for approximately 3 or 4 days at that point.

On September 24, 2021, the Court issued a warrant for the offender's arrest after he absconded from supervision. Since that date, Mr. Thomas has made no attempt to contact this officer or the U.S. Probation Office, and his whereabouts have been unknown.

On December 10, 2021, Mr. Timothy Thomas was located and arrested in Pend Oreille County. It should be noted the offender had not reported to the SCSO to update his sex offender registration as required.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/05/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Rosanne Malouf Peterson*

Signature of Judicial Officer

1/5/2022

Date